UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER ) | |
| ) | |
| OF THE APPOINTMENT ) | ORDER OF APPOINTMENT |
| ) | |
| OF SEAN COSTELLO ) | |
| ) | |
| AS UNITED STATES ATTORNEY ) | |

   Pursuant to Title 28, United States Code, Section 546(d), Sean Costello is appointed as the United States Attorney for the Southern District of Alabama, effective March 7, 2025.

   **DONE AND ORDERED** at Mobile, Alabama, this 7 day of March, 2025.

   For the Court:

   _____
   The Honorable Jeffrey U. Beaverstock
   Chief Judge
   Southern District of Alabama

# APPOINTMENT AFFIDAVITS

United States Attorney                                       03/07/2025
*(Position to which Appointed)*                              *(Date Appointed)*

Department of Justice          U. S. Attorney's Office       Southern District of Alabama
*(Department or Agency)*       *(Bureau or Division)*        *(Place of Employment)*

I, Sean P. Costello                                          , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 7th day of March, 2025

at Mobile                              Alabama
    *(City)*                           *(State)*

(SEAL)

CATHI M JENNINGS
My Commission Expires
November 17, 2026

*(Signature of Officer)*

Notary

Commission expires 11/17/26
*(If by a Notary Public, the date of his/her Commission should be shown)*

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable